FILED:  July 3, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-4620 (L)
_____

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

v.

RANDY BANKS, a/k/a Dirt,

        Defendant – Appellant.

_____

O R D E R
_____

The court amends its opinion filed June 12, 2024, as follows:

On page 18, in the last paragraph, both references to "months' imprisonment" are changed to "years' imprisonment."

For the Court

/s/ Nwamaka Anowi, Clerk